# MANDATE

N.Y.S.D. Case #
05-cv-7729(RJS)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of June, two thousand fifteen.

Before:      Ralph K. Winter,
                    *Circuit Judge.*

_____

Louisa Smith,

  Plaintiff-Appellant,

      v.

New York Presbyterian Hospital, *et al.*,

  Defendants-Appellees.

_____

**ORDER**
Docket No. 15-604

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:** _____
**DATE FILED:** 09/30/2015

    Appellant moves for an extension of time to file her principal brief and appendix, for permission to file an oversized principal brief and reply brief, and for bifurcation of issues. Appellees have filed a response to the motion.

    IT IS HEREBY ORDERED that an extension until September 15, 2015 to file appellant's brief is granted. No further extensions will be granted. However, the appeal is dismissed effective September 15, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013). The motion to file an oversized brief and for bifurcation of issues is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/30/2015**